Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-12-00227-CV

Carmen Yolanda **RINCON**,
Appellant

v.

Alphonso Cantu **RINCON**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-1944-CV
Honorable W.C. Kirkendall, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
           Phylis J. Speedlin, Justice
           Rebecca Simmons, Justice

Delivered and Filed:  August 22, 2012

DISMISSED

The appellant has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellee's motion to dismiss on the grounds that the appealed-from order is not a final judgment is denied as moot.

PER CURIAM